# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL R. MAXIM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>　　　　　　Defendant. | ) 1:08cv0537 OWW DLB<br>)<br>)<br>) ORDER REGARDING SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Plaintiff Cheryl R. Maxim ("Plaintiff") filed the instant action on April 18, 2008.  On April 30, 2008, Plaintiff filed a certificate of service that indicated that the summons, complaint and civil cover sheet were served on the Social Security Administration and the Attorney General of the United States.

　　　Proper service has not been completed as set forth in Federal Rule of Civil Procedure 4(i). While it appears that Plaintiff has properly served the Social Security Administration and the Attorney General of the United States, Plaintiff has not served the United States Attorney for the Eastern District of California.  Fed. R. Civ. Pro. 4(i)(1)(A).

1

1  Plaintiff is GRANTED an additional twenty (20) days to complete service of process as
2  described in this Order.  Failure to provide proof of service in compliance with Rule 4(i) will
3  result in a recommendation that this action be dismissed.

6  IT IS SO ORDERED.
7  **Dated:   August 15, 2008**               **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE