UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL R. MAXIM, <br><br> PLAINTIFF, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br><br> COMMISSIONER SOCIAL SECURITY, <br><br> DEFENDANT. | No. 08-CV-0537 DLB <br><br> ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

PURSUANT TO STIPULATION, IT IS ORDERED THAT PLAINTIFF'S TIME IN WHICH TO FILE HER OPENING BRIEF IS EXTENDED FROM June 04, 2009 TO July 19, 2009.

DATED: May 22, 2009 /s/ Dennis L. Beck

HONORABLE DENNIS L. BECK
United States Magistrate Judge