1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHERYL R. MAXIM, | ) | 1:08cv0537 DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | (Document 24) |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        Pursuant to the parties' stipulation filed on August 15, 2009, Defendant's time for filing a

response to Plaintiff's opening brief is extended forty-five (45) days.  Defendant's response to

Plaintiff's opening brief is due on or before October 5, 2009.


        IT IS SO ORDERED.

     **Dated:    August 19, 2009**              _____ **/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE