LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON
Assistant Regional Counsel
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHERYL R. MAXIM, ) <br>     Plaintiff, ) <br>         v. ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. 1:08-CV-00537 DLB <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S OPPOSITION |

    The parties, through their respective counsel, stipulate that the time for filing Defendant's opposition to Plaintiff's opening brief be extended by 30 days from October 5, 2009 to November 4, 2009.

    This is Defendant's second request for an extension of time to file a response to Plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter, as the Special Assistant United States Attorney

///

///

recently received this matter as a re-assignment due to personnel changes and an increased case-load in the Social Security Administration's Office of General Counsel.

Respectfully submitted,

Dated: September 29, 2009        */s/ Manuel D. Serpa*
MANUEL D. SERPA
Attorney for Plaintiff
(Concurrence by email and facsimile 9/29/09)

Dated: September 29, 2009        LAWRENCE G. BROWN
United States Attorney

/s/ *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney

Attorneys for Defendant
Michael J. Astrue, Commissioner
Social Security Administration

IT IS SO ORDERED.

Dated:   **September 30, 2009**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2