IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL R. MAXIM,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | 1:08cv0537 DLB<br><br>ORDER GRANTING STIPULATION FOR AWARD OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br>(Document 37) |

On April 12, 2010, the parties submitted a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly, it is ORDERED that Manuel D. Serpa, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of FOUR THOUSAND SIX HUNDRED FIFTY DOLLARS and 48/100's ($4,650.48). This amount represents compensation for all legal services rendered by Manuel D. Serpa on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses, and does not constitute an admission of liability on the part of Defendant

1

under the EAJA.

Payment of FOUR THOUSAND SIX HUNDRED FIFTY DOLLARS and 48/100's ($4,650.48) in EAJA attorney fees, costs, and expenses to Manuel D. Serpa shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated: **April 13, 2010**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

2